# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACLUB 2000, INC., | ) |
| Plaintiff, | ) Case No. 2:13-cv-02174-LDG-PAL |
| vs. | ) **ORDER** |
| GREEN TREE BANK HOME LOANS SEYE, LLC, et al., | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff ACLUB 2000 Inc.'s failure to designate counsel of record authorized to appear in this action on its behalf, and also on the parties' failure to file a Certificate of Interested Parties as required by LR 7.1-1.

A corporation cannot appear except through counsel. *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993).

The Complaint (Dkt. #1) in this matter was filed November 25, 2013. Defendant Green Tree filed a Motion to Dismiss (Dkt. #5) January 29, 2014. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that:

1. Plaintiff ACLUB 2000, Inc. shall designate counsel of record authorized to appear in this action on its behalf **no later than 4:00 p.m., February 28, 2014.** In the event Plaintiff fails to timely comply with this court's order, sanctions up to and including dispositive sanctions may be imposed for failure to comply.

2. Once counsel for ACLUB 2000, Inc. appears in this matter, the parties shall have two weeks in which to file their Certificate of Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., March 13, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 14th day of February, 2014.

_____
Peggy A. Leen
United States Magistrate Judge