UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACLUB 2000 INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN TREE BANK HOME LOANS SEYE, LLC, et al.,<br><br>    Defendants. | 2:13-cv-2174-LDG-PAL |

On April 9, 2014, the magistrate judge issued a report recommending dismissal of the complaint (#12) for plaintiff's failure to designate counsel of record as ordered by the court, and for its failure to show cause why it had not complied with the order.  No objections have been filed.  Plaintiff has also failed to respond to defendant Green Tree's motion to dismiss (#5).  Accordingly,

THE COURT HEREBY ADOPTS the magistrate judge's report and recommendation (#12).  This action is DISMISSED as recommended, and pursuant to pursuant to LR 7-2 (d) (the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion).

DATED this 17 day of September, 2014.

_____
Lloyd D. George
United States District Judge